

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| William Hunter Ward, Appellant<br><br>No. 06-18-00101-CR     v.<br><br>The State of Texas, Appellee | Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1222942). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating. |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, William Hunter Ward, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 18, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk